UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID VORCE, ET AL.,

       Plaintiffs,

v.                       Case No. 8:18-cv-2810-T-33AAS

INTERNATIONAL FELLOWSHIP OF
CHAPLAINS,

       Defendant.
_____/

## **ORDER**

This matter comes before the Court sua sponte. On December 28, 2018, this Court entered its Case Management and Scheduling Order containing the requirement that Plaintiffs' counsel, within seven days thereof, report to the Court the date, time, and location of the mediation conference. (Doc. # 17 at 2). The Scheduling Order established June 24, 2019, as the deadline for conducting the mediation conference and appointed Peter Grilli, Esq. as the mediator. (Id.)

Plaintiffs' counsel failed to comply with the Court's Scheduling Order because she did not file a Notice advising the Court of the date, time, and location of the mediation with the mediator. Accordingly, Plaintiffs shall by **January 25, 2019,** advise the Court of the date, time, and location of the mediation conference with Peter Grilli, Esq. Failure to comply with this Order will result in the entry of an order to

show cause why this action should not be dismissed without prejudice for failure to prosecute.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiffs shall, by **January 25, 2019,** advise the Court of the date, time, and location of the mediation conference with Peter Grilli, Esq.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 22nd day of January, 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE